UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DAMON SESSION,

                                  Plaintiff,

                                                                 DECISION AND ORDER

                                                                 07-CV-6076L

                                  v.

ERIE COUNTY SHERIFF DEPARTMENT,
SHERIFF PATRICK GALLAVIN,

                                  Defendants.
_____

       Plaintiff's *pro se* motion for summary judgment (Dkt. #23) is denied.  Based on the nature of plaintiff's claim as to his entitlement for relief, it appears that there are material issues of fact which make summary judgment in plaintiff's favor inappropriate.

       IT IS SO ORDERED.

                                                    _____
                                                       DAVID G. LARIMER
                                                     United States District Judge

Dated: Rochester, New York
        June 7, 2011.