UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DAMON SESSION,

                      Plaintiff,

                                                                ORDER

                                                                07-CV-6076L

                    v.

ERIE COUNTY SHERIFF DEPARTMENT,
SHERIFF PATRICK GALLAVIN,

                    Defendants.
_____

       This case was filed in 2007 and discovery now appears to be complete.

       It is hereby ORDERED that if defendants intend to move for summary judgment, that motion must be filed on or before February 14, 2012. If defendants do not intend to file such a motion, they should promptly advise the Court of that fact.

       IT IS SO ORDERED.

                                              _____
                                                  DAVID G. LARIMER
                                              United States District Judge

Dated: Rochester, New York
         December 14, 2011.