UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DAMON SESSION,
                         Plaintiff,

                                                                  ORDER
          v.                                            07-CV-6076A

ERIE COUNTY SHERIFF DEPARTMENT,
ET AL.,

                         Defendants.

---

        The above-referenced case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B).  On March 11, 2013, Magistrate Judge Scott filed a Report and Recommendation, recommending that defendants' motion for summary judgment be granted.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, defendants' motion for summary judgment is granted.

        SO ORDERED.


                                                           *s/ Richard J. Arcara*
                                                      HONORABLE RICHARD J. ARCARA
                                                      UNITED STATES DISTRICT JUDGE

DATED: March 29, 2013